**Lakhbir Singh BAL, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71191.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 27, 2006 *.

Filed Dec. 1, 2006.

Lakhbir Singh Bal, Tacoma, WA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, OIL, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

Petitioner's motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.